IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas M. Davis, | ) | Case No. 16-21237-GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Thomas M. Davis, | ) | Document No. 38 |
| Social Security No. XXX-XX- 7638 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SMG and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

### CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>October 28, 2016.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

SMG
Attn: Payroll Dept.
David L. Lawrence Convention Center
1000 Fort Duquesne Blvd.
Pittsburgh, PA 15222

Thomas M. Davis
2404 Woodstock Avenue
Pittsburgh, PA 15218

By:     /s/ Kenneth Steidl
          Kenneth Steidl, Esquire
          Attorney for the Debtor

          STEIDL & STEINBERG
          Suite 2830, Gulf Tower

707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965